UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| V. JOHN CROSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV454 RWS |
| | ) |
| ST. LOUIS AREA JOBS WITH JUSTICE, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant St. Louis Area Jobs with Justice is granted summary judgment in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2006.